# Court of Appeals
# of the State of Georgia

ATLANTA, January 09, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0743. GEORGE ROUNTREE v. THE STATE.**

George Rountree has been charged with three counts of unlawful possession of pseudophedrine with intent to manufacture methamphetamine. He applied for a pre-trial bond. The trial court, however, denied his request, and Rountree filed this direct appeal from that order. We lack jurisdiction.

"The interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) are required to obtain review of an order denying or setting pre-trial bond." *Mullinax v. State*, 271 Ga. 112, 112 (515 SE2d 839) (1999). Because the case remains pending for trial, the order that Rountree seeks to appeal is interlocutory and thus Rountree must comply with interlocutory appeal procedures in order to appeal. See *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). His failure to do so deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/09/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*